IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DHAMIAN A. BLUE      )
                     )
    Plaintiff,       )   Case No. 1:08-cv-00416 (EGS)
                     )
v.                   )
                     )
THE FORWARD MOMENTUM GROUP, LLC )
and AUTHOR J. JOHNSON )
                     )
    Defendants.      )

**MOTION FOR ENLARGEMENT OF TIME
TO SERVE SUMMONS AND COMPLAINT**

NOW COMES PLAINTIFF, pursuant to Rules 4(m) and 6(b) of the Federal Rules of Civil Procedure, and respectfully moves this Honorable Court for an order enlarging the time within which Plaintiff may serve the Summons and Complaint in this matter. In support hereof, Plaintiff shows the court as follows:

1. Plaintiff filed the Complaint on March 10, 2008 against Defendants The Forward Momentum Group, LLC ("FMG") and Author J. Johnson (collectively, "Defendants").

2. Defendant Johnson is the registered agent for FMG.

3. The Clerk of Court issued summonses for Defendants on March 10, 2008.

4. Pursuant to Rule 4(m), Plaintiff is required to serve the Summons and Complaint on Defendants on or before July 8, 2008.

1

5. Plaintiff attempted to serve Defendants on at least seven separate occasions from March 18, 2008 through May 5, 2008 by and through a process server, but was not successful. (*See* Affidavits of B. Tony Snekso, attached hereto at Exhibit A).

6. Defendant FMG filed a Petition for Bankruptcy in the United States District Court for the District of Columbia on May 9, 2008, and therefore Plaintiff believes that Defendants still reside, or otherwise may be located in the District of Columbia.

7. Based on the foregoing, and because the time within which Plaintiff must serve the Summons and Complaint has not yet expired, Plaintiff has shown cause as to why this Court should grant the relief requested herein.

WHEREFORE, Plaintiff respectfully requests this Honorable Court for an order, allowing Plaintiff an additional 90 days within which it may serve the Summons and Complaint.

This 30th day of June, 2008.

Respectfully Submitted,

/s *Dhamian A. Blue*
Dhamian A. Blue (D.C. Bar No. 488664)
BLUE, STEPHENS & FELLERS
205 Fayetteville Street Mall, Suite 300
Post Office Box 1730
Raleigh, North Carolina 27601
Telephone: (919) 833-1931
Facsimile: (919) 833-8009

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Dhamian A. Blue**

    Plaintiff

vs.

**The Forward Momentum Group, LLC, et al**

    Defendant

Attorney:

Thigpen, Blue, Stephens & Fellers
Dhamian Blue
205 Fayetteville St., Suite 300
Raleigh, NC. 27602

**Case Number:** 1:08-cv-00416

Legal documents received by Same Day Process Service on March 17th, 2008 at 3:00 PM to be served upon **Author J. Johnson at 2831 11th St., NW, Washington, DC. 20009**

I, B. Tony Snesko, swear and affirm that on **May 05th, 2008 at 10:00 AM**, I did the following:

**NON-SERVED**: After careful inquiry and diligent attempts, I was unable to serve **Author J. Johnson**: the **Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits**: for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:**
03-18-2008 at 8:10pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-19-2008 at 7:30pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-20-2008 at 12:49pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. A neighbor who gave her name as Ms. Jody stated that the defendant used to either live or work downstairs. However, there was no answer from within the downstairs unit.
03-21-2008 at 2:53pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. The neighbor on the 1st floor stated that he moved away and did not leave a forwarding address.
03-27-2008 at 12:55pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-31-2008 at 12:44pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
05-05-2008 at 10:00am - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. The dwelling at this location is vacant and for sale as 3 condominiums,
I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008246

District of Columbia: SS
Subscribed and Sworn to before me,
this 5 day of MAY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Dhamian A. Blue**                             Attorney:

    Plaintiff                Thigpen, Blue, Stephens & Fellers
                                                Dhamian Blue
vs.                                             205 Fayetteville St., Suite 300
                                                Raleigh, NC. 27602

**The Forward Momentum Group, LLC, et al**

    Defendant

**Case Number:** 1:08-cv-00416

Legal documents received by Same Day Process Service on March 17th, 2008 at 3:00 PM to be served upon **The Forward Momentum Group, LLC, by serving Author J. Johnson at 2831 11th St., NW, Washington, DC. 20009**

I, B. Tony Snesko, swear and affirm that on **May 05th, 2008 at 10:00 AM**, I did the following:

**NON-SERVED**: After careful inquiry and diligent attempts, I was unable to serve **The Forward Momentum Group, LLC, by serving Author J. Johnson**: the **Summons in A Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits**: for the reason that I failed to find the subject or information as to the location of the subjects' whereabouts.

**Supplemental Data Appropriate to this Service:**
03-18-2008 at 8:10pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-19-2008 at 7:30pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-20-2008 at 12:49pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. A neighbor who gave her name as Ms. Jody stated that the defendant used to either live or work downstairs. However, there was no answer from within the downstairs unit.
03-21-2008 at 2:53pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. The neighbor on the 1st floor stated that he moved away and did not leave a forwarding address.
03-27-2008 at 12:55pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
03-31-2008 at 12:44pm - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking.
05-05-2008 at 10:00am - Attempted to serve the defendant at the address above. However, received no response from within the residence after repeated knocking. The dwelling at this location is vacant and for sale as 3 condominiums.
I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____                       District of Columbia: SS
B. Tony Snesko                                  Subscribed and Sworn to before me,
Process Server                                  this ___ day of MAY ____

**Same Day Process Service**                    _____
**1322 Maryland Ave., NE**                      Michael Molash, Notary Public, D.C.
**Washington, DC 20002**                        My commission expires July 14, 2012

(202) 398-4200

Internal Job ID: 0000008245
    Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.